UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA          )
                                  )          No. 1:22-cr-0105-CEA-SKL
v.                                )
                                  )
SUSAN RENAE PILCHER               )

## MEMORANDUM AND ORDER
## ARRAIGNMENT ON INFORMATION

In accordance with Rule 10 of the Federal Rules of Criminal Procedure, the arraignment of defendant SUSAN RENAE PILCHER, on the Bill of Information filed with this Court on behalf of the United States Attorney, was held before the undersigned on October 5, 2022.

Those present for the hearing included:

(1)    AUSA James Brooks for the USA.
(2)    The defendant Susan Renae Pilcher.
(3)    Attorney Stevie Phillips for Defendant.

After being sworn in due form of law, the defendant was informed or reminded of her privilege against self-incrimination accorded under the 5th amendment to the United States Constitution.

The person present was the defendant named in the Bill of Information.

The defendant acknowledged having been provided with a copy of the Bill of Information and acknowledged having the opportunity of reviewing the Bill of Information with counsel.

Defendant waived a formal reading of the Bill of Information and entered a not guilty plea to each count of the Bill of Information.

Presently, this case is assigned the dates set forth in a separate Discovery and Scheduling Order.

SO ORDERED.

ENTER:

_s/Susan K. Lee_____
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE